# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Teresa J. | U.S. District Court (Kansas) | 08/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Robert J. Dole United States Courthouse
500 State Ave, Rm 208
Kansas City, KS 66101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Sep-IRA | | | | | | | | | |
| 2. 500 Index Fund (VFIAX) | B | Dividend | L | T | | | | | |
| 3. Emerging Markets Stock Index Fund (VEIEX) | A | Dividend | J | T | | | | | |
| 4. Extended Market Index Fund Admiral (VEXAX) | A | Dividend | K | T | | | | | |
| 5. Intermediate-Term Investment-Grade (VFICX) | A | Dividend | J | T | | | | | |
| 6. Prime Money Market (VMMXX) | A | Interest | M | T | Buy (add'l) | 06/29/15 | N | | |
| 7. REIT Index (VGSIX) | A | Dividend | J | T | | | | | |
| 8. Strategic Equity Fund (VSEQX) | C | Dividend | K | T | | | | | |
| 9. Vanguard Windsor II Fund (VWNFX) | C | Dividend | K | T | | | | | |
| 10. AT&T(T) | A | Dividend | K | T | | | | | |
| 11. Cerner(CERN) | | None | K | T | Buy (add'l) | 07/30/15 | J | | |
| 12. ConocoPhillips (COP) | B | Dividend | K | T | | | | | |
| 13. Alphabet Class C, formerly Google(GOOG) | | None | L | T | Buy (add'l) | 06/19/15 | J | | |
| 14. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 15. | | | | | Buy (add'l) | 08/28/15 | K | | |
| 16. | | | | | Sold (part) | 10/28/15 | K | | |
| 17. Alphabet Class A, formerly Google(GOOGL) | | None | M | T | Buy (add'l) | 06/19/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/28/15 | K | | |
| 19. Microsoft(MSFT) | A | Dividend | J | T | | | | | |
| 20. Phillips 66(PSX) | A | Dividend | K | T | | | | | |
| 21. Exxon Mobil(XOM) | B | Dividend | K | T | | | | | |
| 22. Apple(AAPL) | A | Dividend | L | T | Buy (add'l) | 06/19/15 | J | | |
| 23. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 24. | | | | | Buy (add'l) | 08/14/15 | K | | |
| 25. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 26. Ameritrade-General Brokerage | | | | | | | | | |
| 27. Apple(AAPL) | A | Dividend | J | T | | | | | |
| 28. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 29. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 30. Cerner (CERN) | | None | J | T | Buy | 07/30/15 | J | | |
| 31. Google(Goog) | | None | J | T | | | | | |
| 32. | | | | | Donated (part) | | | | |
| 33. Google(Googl) | | None | J | T | | | | | |
| 34. Targa Resources (NGLS), formerly Atlas Pipeline(APL) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Teresa J. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kinder Morgan, Inc (KMI) | A | Distribution | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. Money Market (in Ameritrade General Brokerage Acct, Line 26) | A | Interest | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. Nationwide-IRA | | | | | | | | | |
| 40. SDBA Apple(aapl) | A | Dividend | | | Merged (with line 22) | 06/29/15 | J | | |
| 41. SDBA Google(Googl) | | None | | | Merged (with line 33) | 06/29/15 | K | | |
| 42. SDBA Google(Goog) | | None | | | Merged (with line 31) | 06/29/15 | J | | |
| 43. SDBA Money Market | A | Interest | | | Distributed | 06/29/15 | K | | |
| 44. American Funds Income Fd Am R6 | | None | | | Merged (with line 6) | 06/29/15 | L | | |
| 45. JPM MdCap Val A | | None | | | Merged (with line 6) | 06/29/15 | M | | |
| 46. Oppenheimer Devel arket A | | None | | | Merged (with line 6) | 06/29/15 | M | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| James, Teresa J. | 08/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes re Section VII Investments and Trusts:

The Nationwide IRA reflected on lines 39-46 of this Section was part of my former employer/law firm Martin, Pringle, Oliver, Wallace & Bauer, LLP's retirement plan. I completed the roll-over and merged the stocks and all but approximately $40,000 (which was distributed as cash to me) of the money market and mutual funds held in the Nationwide IRA into my Vanguard Sep-IRA on or about June 19, 2015 and June 29, 2015, respectively, as reflected on lines 6, 13, 17, and 22 of this Section.

All assets listed on lines 2 - 25 are or were held in my Vanguard Sep-IRA. All assets listed on lines 26 - 46 are held in my Ameritrade General Brokerage account. As discussed above, I no longer have the Nationwide IRA, as all of the stocks and Funds previously held there have either been merged with the Vanguard Sep-IRA or distributed to me.

The Google (GOOG) and Google (GOOGL) stock listed on my previous report is now Alphabet Class C (GOOG) and Alphabet Class A (GOOGL) stock, due to a name change and some form of corporate action. Similarly, the Atlas Pipeline (APL) stock listed on my previous report is now Targa Resources (NGLS), due to some sort of mandatory corporate exchange/reorganization.

Regarding the Sells reflected in Column D, there would be "unrealized" (and uncalculated) capital gains, because these transactions occurred within my IRA and were not taxable at the time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Teresa J. James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544